```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorney
    Asset Forfeiture/General Crimes Sections
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142/0141
10       E-mail: Victor.Rodgers@usdoj.gov
                 Maxwell.Coll@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,       | No. 2:21-CV-06965-MWF-MRWx |
|---------------------------------|----------------------------|
|              Plaintiff,         | WARRANT                    |
|              v.                 |                            |
| $600,980.00 IN U.S. CURRENCY,   |                            |
|              Defendant.         |                            |

   TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF

   CALIFORNIA:

   A Complaint for Forfeiture having been filed in this

action,

1    IT IS ORDERED that you seize the defendant, $600,980.00 In
2 U.S. Currency, and cause the same to be detained in your
3 custody, or in the custody of a Substitute Custodian, until
4 further notice of the Court.
5    YOU ARE FURTHER ORDERED to file this process in this Court
6 with your return promptly after execution.

8    DATED:  __8/31/2021_____

11                            KIRY K. GRAY, Clerk

13                            _Carmen Lujan_____
14                            Deputy Clerk