```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorney
    Asset Forfeiture/General Crimes Sections
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142/0141
         E-mail: Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CV-06965-RGK-MRWx |
| Plaintiff, | WARRANT |
| v. | |
| $600,980.00 IN U.S. CURRENCY, | |
| Defendant. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you seize the defendant, $600,980.00 In U.S. Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: 8/31/2021

KIRY K. GRAY, Clerk

*Carmen Lujan*
Deputy Clerk