| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Michael G. Freedman (SBN 281279) <br> The Freedman Firm PC <br> 800 Wilshire Blvd., Suite 1050 <br> Los Angeles, CA 90017 <br> (213) 816-1700 <br> michael@thefreedmanfirm.com | | |
| ATTORNEY(S) FOR: Claimant Mitchell Magee | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 21-cv-6965-RGK-MAR |
| v. | |
| $600,980 in U.S. Currency | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Claimant Mitchell Magee
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Mitchell Magee | Claimant |

10/18/2021
Date

/s/ Michael G. Freedman
Signature

Attorney of record for (or name of party appearing in pro per):

Claimant Mitchell Magee