1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture/General Crimes Sections
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142/0141
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                    UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                         WESTERN DIVISION
15

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06965-RGK-MAR |
|---|---|
| Plaintiff, | JOINT RULE 26 REPORT |
| v. | Sch. Conf. Date: January 24, 2022 |
| $600,980.00 IN U.S. CURRENCY, | Time:          9:00 a.m. |
| Defendant. | |
| MITCHELL MAGEE, | |
| Claimant. | |

24      Pursuant to Federal Rules of Civil Procedure 16 and 26(f),

25 counsel for plaintiff United States of America ("the government") and

26 claimant Mitchell Magee ("claimant") hereby report as follows.  The

27 Scheduling Conference is set for January 24, 2022 at 9:00 a.m.

28

A.    Statement of the Case

The government has filed an in rem civil forfeiture case against the defendant currency alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) and (C) on grounds that the funds represent proceeds of or were used to facilitate narcotic trafficking or were involved in money laundering transactions.  The complaint alleges that the funds were seized from a box at US Private Vaults on or about March 20, 2021, and that the government executed a federal search warrant at claimant's residence on or about July 15, 2021.  Claimant has filed a claim to the defendant currency and an answer to the complaint, and claimant denies that the defendant currency is subject to forfeiture.

B.    Discovery Limits and Discovery Planning, Rule 26(f)(1)-
      26(f)(4)

The government intends shortly to file a motion to stay this action, pursuant to the 18 U.S.C. § 981(g)(1)'s mandatory stay provision on the ground that discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation against claimant.  Subject to that caveat and the impact that a stay will have on this case, the parties note they do not feel it necessary to change the timing, form or requirement for disclosures under Fed. R. Civ. P. 26(a).  Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(ii), this civil forfeiture case is exempt from the Fed. R. Civ. P. 26(a)(1) initial disclosure requirements.  The subjects on which discovery may be needed are whether the defendant currency is subject to forfeiture.  In addition, the parties are not aware of any issues about electronically stored information, claims of privilege or of claims regarding the need to protect particular items as trial-

preparation materials.  Both parties intend to proceed with
discovery, which may include interrogatories, document request and
depositions, as warranted in this case.

C.   Proposed Law and Motion Matters

The government will file a motion to stay this case, as
mentioned above.  Subject to that caveat, and depending upon the
evidence, the government and claimant may file motions for summary
judgment and claimant may file a suppression motion and a motion to
dismiss.

D.   Principal Issues In The Case

The principal issues in this case is whether the defendant
currency is subject to forfeiture and whether claimant has any
defenses to forfeiture.  A second principal issue in the case is
whether the evidence obtained by the government through the search of
safety deposit box should be suppressed

E.   Proposed Schedule Of Pretrial Dates

The parties suggest the following pretrial dates:

A last day to amend the complaint or add parties of
February 14, 2022.

A discovery cutoff date of September 6, 2022.

A motion hearing cutoff date (last date to file) of
September 20, 2022.

A pretrial conference date of October 18, 2022.

A jury trial date on Tuesday, November 2, 2022.
The parties estimate that the trial of this matter will take 3-4
court days.

F.   Settlement

The parties are amenable to engaging in settlement negotiations
as this case progresses.  The parties propose that this case be

1  referred to the Magistrate Judge assigned to this case, for purposes

2  of settlement.

3      G.   Likelihood Of Appearance Of Additional Parties

4      Neither the government nor claimant anticipate the appearance of

5  additional parties.

6      H.   Complex Case

7      The parties agree that this case is not sufficiently complex as

8  to require the utilization of the Manual for Complex Litigation.

9      I.   Other Issues

   None.

10
                                Respectfully submitted,

11
   Dated: January 13, 2022       TRACY L. WILKISON
12                                United States Attorney
                                 SCOTT M. GARRANGER
13                                Assistant United States Attorney
                                 Chief, Criminal Division
14                                JONATHAN GALATZAN
                                 Assistant United States Attorney
15                                Chief, Asset Forfeiture Section

16
                                  /s/ Victor A. Rodgers
17                                VICTOR A. RODGERS
                                 MAXWELL COLL
18                                Assistant United States Attorneys
                                 Asset Forfeiture/General Crimes
19                                Sections

20                                Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA
21

22  Dated: January 13, 2022       THE FREEDMAN FIRM PC

23
                                  /s/ Michael G. Freedman
24                                MICHAEL G. FREEDMAN

25                                Attorneys for Claimant
                                 MITCHELL MAGEE
26

27

28

                                   4