UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21−cv−06965−RGK−MAR | Date | 1/24/2022 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA V. $600,980.00 IN U.S. CURRENCY | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Victor Rodgers, AUSA      Michael Freedman

**Proceedings:**     **SCHEDULING CONFERENCE**

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

   Jury Trial (Est. __3–4__ days):              September 6, 2022 at 09:00 AM
   Pretrial Conference:                         August 22, 2022 at 09:00 AM
   Motion Cut-Off Date (last day to file):      June 22, 2022
   Discovery Cut-Off Date (fact discovery):     June 8, 2022

   Last day to amend the complaint or add parties is __2/25/2022__. The parties shall participate in ADR __1 – Magistrate Judge__.

   **IT IS SO ORDERED.**

:01
Initials of Preparer: __sw__