TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$600,980.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>MITCHELL MAGEE,<br><br>Claimant. | Case No. 2:21-cv-06965-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF NON-RECEIPT OF ANY OPPOSITION TO ITS APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO STAY THIS CIVIL FORFEITURE PROCEEDING AND REQUEST THAT THE APPLICATION BE GRANTED**<br><br>Date:      February 22, 2022<br>Time:      9:00 a.m.<br>Courtroom: 850, the Honorable<br>           R. Gary Klausner |

On January 14, 2022, plaintiff United States of America ("the government") filed its application pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6, for an order to file or lodge in camera the government's non-public declaration in support of the government's motion for an order to stay this civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g)(1).  The hearing on the motion is scheduled for February 22, 2022, meaning that, at the latest, any opposition to the application would have been due February 2, 2022, which is 21 days before the hearing.  See Local Rule 7-9.  The failure to file a timely opposition may be deemed consent to the granting of a motion.  See Local Rule 7-12.  Accordingly, the government respectfully requests that the application be granted, so that the government can submit to the Court in camera its non-public declaration in support of the motion for a stay.

Dated: February 7, 2022  Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

     /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA