# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-6965-RGK-MAR |
| v. | |
| $600,980.00 in U.S. CURRENCY | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

__Mitchell Magee__   ☐ Plaintiff   ☐ Defendant   ☒ Other __Claimant__
*Name of Party*

to substitute __Eric Honig__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__P.O. Box 10327__
*Street Address*

__Marina del Rey, CA 90205__            __erichonig@aol.com__
*City, State, Zip*                       *E-Mail Address*

__310-699-8051__          __310-943-2220__          __140765__
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of __Michael G. Freedman__
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                       U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY