# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-6965-RGK-MAR |
| v. | |
| $600,980.00 in U.S. CURRENCY | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [42] |
| Defendant(s) | |

The Court hereby orders that the request of:

**Mitchell Magee** ☐ Plaintiff ☐ Defendant ☒ Other **Claimant**
*Name of Party*

to substitute **Eric Honig** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**P.O. Box 10327**
*Street Address*

**Marina del Rey, CA 90205**          **erichonig@aol.com**
*City, State, Zip*                    *E-Mail Address*

**310-699-8051**        **310-943-2220**        **140765**
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of **Michael G. Freedman**
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated **May 13, 2022**

*[signature: Gary Klausner]*
U. S. District Judge/~~U.S. Magistrate Judge~~