1  LAW OFFICE OF ERIC HONIG
   Eric Honig - CA Bar No. 140765
2  P.O. Box 10327
   Marina del Rey, CA 90295
3  erichonig@aol.com
   Telephone:  (310) 699-8051
4  Fax:  (310) 943-2220

5  DAVID B. SMITH
   dbs@davidbsmithpllc.com
6  David B. Smith, PLLC
   108 North Alfred Street, 1st FL
7  Alexandria, VA 22314
   703-548-8911
8  Fax 703-548-8935
   *Pro Hac Vice*

9
   Attorneys for Claimant
10 MITCHELL MAGEE

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15
   UNITED STATES OF AMERICA,        )  Case No. 2:21-CV-06965-RKG-MAR
16                                   )
        Plaintiff,                   )
17                                   )  PROPOSED] ORDER
          v.                         )  GRANTING CLAIMANT'S
18                                   )  MOTION TO LIFT
   $600,980.00 IN U.S. CURRENCY,     )  OR MODIFY STAY ORDER
19                                   )
        Defendant.                   )
20 _____   )
                                     )
21 MITCHELL MAGEE,                   )
                                     )
22      Claimant.                    )
                                     )
23 _____   )

24

25        Claimant Mitchell Magee has moved this Court to lift or modify the stay

26 order entered in this case on March 8, 2022 (Doc. 38). Upon consideration of the

27 motion and the record, and good cause appearing therefor,

28

1      IT IS HEREBY ORDERED that Claimant Magee's motion to lift or modify

2   stay order is granted. The stay order will be lifted or modified to be consistent with

3   whatever stay order is granted in the related civil forfeiture case, *United States v.*

4   *$217,285.00 in U.S. Currency*, No. 2:22-CV-00015-RGK.

5

6   Dated: _____

7                                          THE HONORABLE R. GARY KLAUSNER
                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28