E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture and Recovery Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$600,980.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>MITCHELL MAGEE,<br><br>    Claimant. | Case No. 2:21-cv-06965-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |

/ / /

/ / /

/ / /

Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation.  Docket No. 38. The Court's order instructed the government to file reports every ninety (90) days, commencing June 6, 2022, regarding the status of the criminal investigation. Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal investigation.[1]

Concurrently herewith, the government has filed an application pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 to file or lodge in camera a non-public declaration setting forth the status of the ongoing related federal criminal investigation. Assuming that application is granted, the government will file or lodge the non-public declaration with the Court.  If the non-public declaration is deemed sufficient, and pursuant to the Court's Order filed March 8, 2022, the government will submit its next

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The government is filing virtually identical status reports today in the following four cases: (1) United States of America v. $305,000.00 in U.S. Currency; Claimant Michael Magee, Case No. 2:21-cv-06968-RGK-MAR; (2) United States of America v. $600,980.00 in U.S. Currency; Claimant Mitchell Magee, Case No. 2:21-cv-06965-RGK-MAR; (3) United States of America v. $399,000.00 in U.S. Currency and Miscellaneous Items of Jewelry; Claimant Derrick Polk, Case No. 2:21-cv-06966-RGK-MAR; and (4) United States of America v. $341,500.00 in U.S. Currency; Claimant Ike Roberts, Case No. 2:21-cv-06967-RGK-MAR.  The status report in the Polk case (2:21-cv-06966), unlike the others, discusses the pending criminal case against Polk.

status report within 90 days of the filing of the instant status report (i.e., by March 6, 2023).

Dated: December 5, 2022               Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney
                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division
                                      JONATHAN GALATZAN
                                      Assistant United States Attorney
                                      Chief, Asset Forfeiture and Recovery
                                      Section

                                      _____/s/_____
                                      VICTOR A. RODGERS
                                      MAXWELL COLL
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA