E. MARTIN ESTRADA, United States Attorney
VICTOR A. RODGERS, Assistant United States Attorney
California Bar No. 101281
312 N. Spring Street, 14th Floor, Los Angeles, CA 90012
Telephone: (213) 894-2569; Facsimile: (213) 894-0142

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-06965-RGK-MAR |
| v. | |
| $600,980.00 IN U.S. CURRENCY, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Non-Public Declaration Submitted in Camera and Under Seal in Support of Plaintiff United States of America's Status Report Regarding The Ongoing Related Federal Criminal Investigation [Submitted in Camera Pursuant to Court's Order Filed March 6, 2023 as Docket No. 61]

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 7, 2023
_____
Date

Victor A. Rodgers
_____
Attorney Name

United States of America
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*