LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

DAVID B. SMITH
dbs@davidbsmithpllc.com
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, VA 22314
703-548-8911
Fax 703-548-8935
*Pro Hac Vice*

Attorneys for Claimant
MITCHELL MAGEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$600,980.00 IN U.S. CURRENCY,<br><br>  Defendant.<br><br>MITCHELL MAGEE,<br><br>  Claimant. | Case No. 2:21-CV-06965-RKG-MAR<br><br>CLAIMANT'S CONTINUING OBJECTION TO GOVERNMENT'S IN CAMERA SUBMISSIONS IN SUPPORT OF STAY OF THIS CIVIL FORFEITURE PROCEEDING |

Claimant Mitchell Magee ("Claimant"), by and through his counsel of record, hereby objects, and continues to object, to the limited content of the government's status report filed in support of maintaining the stay of this action, as follows:

1        The Court previously stated that in support of maintaining the stay in this
2 case, the government may file confidential supporting information in camera,
3 pursuant to 18 U.S.C. § 981(g)(5). Clerk's Doc No. 53 . The only information
4 made public, however, is the government attorney's declaration, which contains
5 his own opinion that the government's alleged basis for a stay should be kept
6 secret:

7        It is my opinion that good cause exists to file or lodge the non-public
8          declaration in camera. The disclosure of the information in that
9          declaration would adversely affect the conduct of a related federal
10          criminal investigation. Such disclosure would allow for the disclosure
11          to the parties involved in the illegal conduct that is under
12          investigation and the public evidence and other information regarding
13          the investigation.

14 Clerk's Doc. No. 60, Declaration of Victor A. Rodgers, p. 5, ¶2.

15        Claimant objects to this declaration and continues to object to the content of
16 the government's status reports because this completely in camera filing is unfair
17 to Claimant. Claimant believes and contends the government has not provided the
18 court with a detailed explanation of why its criminal investigation is taking so
19 long or how much more time it needs to complete the investigation.  This case has
20 been stayed for over a year now. *See* Clerk's Doc. No. 38, March 8, 2022 Order
21 granting stay.

22        The Court granted the government's request to file an in camera submission
23 just a few hours after the government's filing of its sparse status report (Clerk's
24 Doc. No. 59), before Claimant had sufficient time to file this objection.  Order,
25 Clerk's Doc. No. 61.

26        In its status report, the government was perfectly capable of providing a
27 public, redacted version of the material it submitted in camera allegedly explaining
28 the delay, without giving away sensitive details of its investigation. It did not do

1  so, however.  Accordingly, Claimant objects and continues to object to the
2  government's in camera submissions that do not disclose to the Court or Claimant
3  the expected or even estimated completion date of the government's investigation.

5  Dated: March 9, 2023          Respectfully submitted,

                                 DAVID B. SMITH
                                 (*pro hac vice*)

                                 LAW OFFICE OF ERIC HONIG


                                 */s/ Eric Honig*
                                 Eric Honig
                                 Attorneys for Claimant
                                 MITCHELL MAGEE