1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06965-RGK-MAR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE ONGOING RELATED FEDERAL CRIMINAL INVESTIGATION** |
| v. | |
| $600,980.00 IN U.S. CURRENCY, | |
| Defendant. | |
| MITCHELL MAGEE, | |
| Claimant. | |

21   Plaintiff United States of America ("the government") has applied to this Court
22 pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge in
23 camera a non-public declaration in support of the government's status report regarding
24 the ongoing related federal criminal investigation.  Upon consideration of the application
25 and the entire record, and good cause appearing therefor,
26   IT IS HEREBY ORDERED that the government's application is granted.  The
27 non-public declaration, and future non-public declarations supporting the government's
28 status reports regarding the ongoing related federal criminal investigation shall be filed

or lodged in camera pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 and shall not be disclosed to any person, including the person that has filed a claim in this action (<u>i.e.</u>, claimant Mitchell Magee), unless otherwise ordered by the Court.

Dated: _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and
Recovery Section

           /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA