```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture and Recovery Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorneys
    Asset Forfeiture and Recovery Section
 7       United States Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142
         E-mail: Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>$600,980.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant.<br><br>————————————————<br><br>MITCHELL MAGEE,<br><br>　　　　　Claimant. | Case No. 2:21-cv-06965-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |

/ / /

/ / /

/ / /

1  Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay
2  This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to
3  18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation.  Docket
4  No. 38.  The Court's order instructed the government to file reports every ninety (90)
5  days, commencing June 6, 2022, regarding the status of the criminal investigation.
6  Accordingly, the government is hereby submitting this report regarding the status of the
7  related federal criminal investigation.[1]
8  In addition, pursuant to the Court's Order filed June 6, 2023 on Plaintiff's
9  Application Pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 to File or Lodge In
10 Camera Non-Public Declaration in Support of Plaintiff's Status Report Regarding the
11 Ongoing Related Federal Criminal Investigation (Docket No. 67), the government will
12 file or lodge the non-public declaration setting forth the status of the ongoing related
13 federal criminal investigation with the Court.  If the non-public declaration is deemed
14 sufficient, and pursuant to the Court's Order filed March 8, 2022, the government will
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /

---

[1] The government is filing virtually identical status reports today in the following five cases: (1) United States of America v. $305,000.00 in U.S. Currency; Claimant Michael Magee, Case No. 2:21-cv-06968-RGK-MAR; (2) United States of America v. $600,980.00 in U.S. Currency; Claimant Mitchell Magee, Case No. 2:21-cv-06965-RGK-MAR; (3) United States of America v. $399,000.00 in U.S. Currency and Miscellaneous Items of Jewelry; Claimant Derrick Polk, Case No. 2:21-cv-06966-RGK-MAR; (4) United States of America v. $341,500.00 in U.S. Currency; Claimant Ike Roberts, Case No. 2:21-cv-06967-RGK-MAR; and (5) United States of America v. $217,285.00 in U.S. Currency, et al.; Claimant Mitchell Magee, Case No. 2:22-cv-00015-RGK-MAR.  The status report in the Polk case (2:21-cv-06966), unlike the others, discusses the pending criminal case against Polk.

1  submit its next status report within 90 days of the filing of the instant status report (i.e.,
2  by December 4, 2023).

3  Dated: September 5, 2023                    Respectfully submitted,

                                               E. MARTIN ESTRADA
                                               United States Attorney
                                               MACK E. JENKINS
                                               Assistant United States Attorney
                                               Chief, Criminal Division
                                               JONATHAN GALATZAN
                                               Assistant United States Attorney
                                               Chief, Asset Forfeiture and Recovery
                                               Section

                                                    /s/
                                               VICTOR A. RODGERS
                                               MAXWELL COLL
                                               Assistant United States Attorneys

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA