JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06965-RGK-MAR |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |
| v. | |
| $600,980.00 IN U.S. CURRENCY, | [83] |
| Defendant. | |
| MITCHELL MAGEE, | |
| Claimant. | |

Pursuant to the stipulation and request of Plaintiff United States of America and claimant Mitchell Magee ("the Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. $35,456.64 of the defendant currency shall be applied to the restitution imposed against claimant in United States of America v. Mitchell Magee, Western District of Kentucky Case No. 06-cr-00058 (See ECF No. 42).

3. The remainder of the defendant currency, together with all interest earned on the defendant currency by the government shall be returned to claimant in the manner set forth in the Stipulation.

4. The parties agree that the government shall return to claimant all non-contraband, non-currency personal property seized on or about July 15, 2021 from claimant's residence and storage unit by making those items available for pickup by claimant or claimant's representative within 45 days. The Court shall retain jurisdiction for the purpose of resolving any issues regarding the return of Claimant's personal property.

5. The parties shall bear their own costs and attorney fees, whether pursuant to 28 U.S.C. § 2465 or otherwise.

Dated: 3/22/2024

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS/MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture and Recovery Section
Attorneys for Plaintiff
UNITED STATES OF AMERICA

LAW OFFICES OF ERIC HONIG APLC
DAVID B. SMITH PLLC
 /s/ Eric Honig
ERIC HONIG
Attorneys for Claimant
MITCHELL MAGEE

2